# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | In Bankruptcy: |
| **MATTHEW STANDISH** | Case No. 18-45101-tjt |
| | Chapter 7 |
| Debtor | Hon. Thomas J. Tucker |

## STIPULATED ORDER AUTHORIZING ISSUANCE OF SUBPOENA UNDER FED. R. BANKR. P. 2004

By stipulation between Trustee K. Jin Lim and Debtor Matthew Standish,

**IT IS HEREBY ORDERED** that the Trustee is authorized to issue a subpoena to Teradata Corporation to obtain information within the scope of Fed. R. Bankr. P. 2004 and concerning the Debtor's income, including but not limited to, pay advices, W-2's, 1099's, and direct deposit instructions.

**Signed on November 28, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge