UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:     In Bankruptcy:

**MATTHEW STANDISH**     Case No. 18-45101-tjt
Chapter 7
Debtor     Hon. Thomas J. Tucker

---

### ORDER AUTHORIZING ISSUANCE
### OF SUBPOENAS UNDER FED. R. BANKR. P. 2004

Trustee K. Jin Lim, having filed a Motion for Authority to Issue Subpoenas under Fed. R. Bankr. P. 2004, and the Court being duly advised in the premises, now finds that the relief prayed for should be **GRANTED**.

**IT IS HEREBY ORDERED** that the Trustee is authorized to issue subpoenas to Incremental Toast, Inc., Renasant Bank, attorney Neal T. Feinerman, Esq., and Darrell Salvia, CPA to obtain records concerning any and all information within the scope of Fed. R. Bankr. P. 2004.

**Signed on July 29, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge